UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on April 29, 2005

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number: |
| | : | |
| | : | Grand Jury Original |
| | : | |
| | : | Violations: |
| v. | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property of over $1,000) |
| | : | 18 U.S.C. § 2 |
| | : | (Causing an Act to be Done) |
| **JUDITH JAMISON,** | : | 22 D.C. Code §§ 3221(a) and 3222(a)(1) |
| Defendant | : | (Fraud in the First Degree) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE
### (Theft of Government Property of over $1,000)

#### Introduction

At all times material to this Indictment:

1. Defendant JUDITH JAMISON ("JAMISON") was the niece of S.A., who received annuity payments based on S.A.'s status as the widow of a District of Columbia Fire Department pensioner. S.A., who died on June 7, 1999, was entitled to receive annuity payments until her death. Neither defendant JAMISON, nor anyone else, was entitled to receive these annuity payments after S.A.'s death.

2. The United States government funded the annuity that S.A. received, based on information that it obtained from the District of Columbia government. At the time of S.A.'s death, the United States government caused the annuity payments to be directly deposited into an account that S.A.