# WARRANT FOR ARREST

05536  CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 05-460 · MAGIS. NO: |
| V. JUDITH JAMISON | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |
| DOB:   PDID: | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

THEFT OF GOVERNMENT PROPERTY OF OVER $1,000;

CAUSING AN ACT TO BE DONE;

FRAUD IN THE FIRST DEGREE.

**FILED**

JAN 20 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: 18 U.S.C. §§ 641, 2 and 22 D.C. CODE §§ 3221(a), 3222(a)(1) |
|---|---|
| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
| ORDERED BY: JOHN M. FACCIOLA U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE): John M Facciola | DATE ISSUED: 12/23/05 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: DEC 23 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 12/23/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 1/20/06 | SEAN McLEOD SDUSM | |
| HIDTA CASE: Yes  No | | OCDETF CASE: Yes  No |