UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 05-460 (RBW) |
| | : | |
| | : | Grand Jury Original |
| | : | |
| | : | Violations: |
| v. | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property of over $1,000) |
| | : | 18 U.S.C. § 2 |
| | : | (Causing an Act to be Done) |
| **JUDITH JAMISON,** | : | 22 D.C. Code §§ 3221(a) and 3222(a)(1) |
| Defendant | : | (Fraud in the First Degree) |

### GOVERNMENT'S UNOPPOSED MOTION TO CONVERT
### STATUS HEARING TO PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files this Unopposed Motion to Convert Status Hearing to Plea Hearing.

In a February 10, 2006, the parties advised the Court that they were in the midst of plea negotiations. The Court set a status hearing for March 10, at 3:00PM. The defendant and the government have reached a plea agreement, and the government moves that the Court convert the status hearing to a plea hearing, and conduct a Rule 11 colloquy at the hearing.

The government has attached electronic copies of the plea documents, and will present signed originals to the Court at the March 10 hearing.

The defendant will be pleading guilty to Count One of the Indictment, a felony violation of 18 U.S.C. § 641. The maximum penalties are set forth in Paragraph 2 of the attached plea agreement.

The elements of a felony violation of 18 U.S.C. § 641 are set forth in Instruction 4.56 of

the Redbook and are:

1. The defendant stole money or property with the intent to deprive the owner of the use or benefit of the money or property;

2. The money or property belonged to the United States; and

3. The property taken had a value of more than $1,000.[1]

WHEREFORE, the government respectfully requests that the Court convert the March 10 status hearing to a plea hearing. A proposed order is attached.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney


HOWARD R. SKLAMBERG
Assistant United States Attorney
Fraud & Public Corruption Section

Certificate of Service

I hereby certify that I caused this motion to be served upon Vandy L. Jamison, Esq., 729 Eighth Street, S.E., Suite 350, Washington, DC 20003, by first class mail, this 6th day of March, 2006.


HOWARD R. SKLAMBERG

---

[1] The Redbook uses a value of $100, but it is clear from the statute that the minimum for a felony violation of 18 U.S.C. § 641 is $1,000.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 05-460 (RBW) |
| | : | |
| | : | **Grand Jury Original** |
| | : | |
| | : | **Violations:** |
| v. | : | **18 U.S.C. § 641** |
| | : | **(Theft of Government Property of over $1,000)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Causing an Act to be Done)** |
| **JUDITH JAMISON,** | : | **22 D.C. Code §§ 3221(a) and 3222(a)(1)** |
| Defendant | : | **(Fraud in the First Degree)** |

**ORDER**

Upon consideration of the Government's Unopposed Motion to Convert Status Hearing to Plea Hearing, and for good cause shown, the Court

ORDERS that the status hearing set for March 10, 2006 be converted to a plea hearing.

_____
Reggie B. Walton
United States District Judge