UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAR 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case Number 05-460 (RBW) |
| | : | |
| | : | Grand Jury Original |
| | : | |
| | : | Violations: |
| v. | : | 18 U.S.C. § 641 |
| | : | (Theft of Government Property of over $1,000) |
| | : | 18 U.S.C. § 2 |
| | : | (Causing an Act to be Done) |
| **JUDITH JAMISON,** | : | 22 D.C. Code §§ 3221(a) and 3222(a)(1) |
| **Defendant** | : | (Fraud in the First Degree) |

### ORDER

Upon consideration of the Government's Unopposed Motion to Convert Status Hearing to Plea Hearing, and for good cause shown, the Court

ORDERS that the status hearing set for March 10, 2006 be converted to a plea hearing.

_/s/ Reggie B. Walton_
Reggie B. Walton
United States District Judge