UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | DOCKET NO.: 05-0460 |
| ) | |
| Judith Jamison ) | |

### ORDER

The U.S. Probation Office completed and disclosed the Presentence Report on April 26, 2006.

The probation officer reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" was not executed by counsel for the defendant. Accordingly, it is by the Court, this 18th day of May, 2006,

**ORDERED**, that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and shall hand-deliver the same to the U.S. Probation Office.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

May 18, 2006
DATE