UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
PROBATION OFFICE

RICHARD A. HOUCK, JR.
CHIEF UNITED STATES PROBATION OFFICER

E. BARRETT PRETTYMAN U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W., SUITE 2800
WASHINGTON, D.C. 20001-2866
TELEPHONE (202) 565-1300

May 16, 2006

## MEMORANDUM TO THE HONORABLE REGGIE B. WALTON
## UNITED STATES DISTRICT JUDGE

RE:   Judith Jamison
      Docket No.: 05-0460
      LOCAL RULE 32.2/DISCLOSURE ORDER

We completed and disclosed the presentence report on April 26, 2006, in compliance with Local Rule 32.2.

Counsel for the defendant, Vandy L. Jamison, Jr., has not executed the form entitled, "Receipt and Acknowledgment of Presentence Report."

Please sign the attached Order, per the procedure adopted by the Executive Session of the Court on February 18, 1992, and return a filed copy to the probation office.

Respectfully submitted,

UNITED STATES PROBATION OFFICE


Sherry Brandon
United States Probation Officer
(202) 565-1327

Enclosures: Order

cc: Howard Sklamberg, AUSA
    Vandy L. Jamison, Jr., Defense Counsel

Approved by: _____
             Shari McCoy, Supervising
             United States Probation Officer
             (202) 565-1352