# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

USA
_____
Plaintiff

vs.

Judith Jamison
_____
Defendant

Case No. CR05-460-KBW

**FILED**
JUL 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### NOTICE OF APPEAL

Notice is hereby given this 17th day of July, 20 06, that DFT

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 7th day of July, 20 06

in favor of PLA

against said DFT

_____
Judith Jamison
Attorney or Pro Se Litigant

1114 - 50th St, N.E.
D.C. 20019

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK** Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

A USA H. Sklamberg
555 - 4th St, N.W.
WD.C. 20001

**RECEIVED**
JUL 17 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT