

CR 05-460

```
CHECK TENDERED $            $455.00
       455.00
===== T O T A L =======
       200.00
086900    FILING FEE   CIVIL
CASE # 05-460
       255.00
086900    FILING FEE   CIVIL
CASE # 05-460
======NO REFUND WITHOUT RECEIPT======
DC   1-1 FORREST       Receipt # 136852
07/17/06                    11:41:19 AM
              WASHINGTON D.C.
       U.S. DISTRICT COURT
```