Current Health Services Vacancies for the Federal Bureau of Prisons

To apply to the following positions go to www.bop.gov/jobs/index.jsp. Dentist, Physician Assistant, Medical Officer, Pharmacist & Nurse Practitioners. For all other position contact the Institution. Current vacancies are updated through the month of July.

Dental Hygiene
USP Atlanta, GA
FCI Bennettsville, SC
FCI Big Sandy, KY
FMC Butner, NC
FCC Coleman, FL
FMC Devens, MA
FCI Estill, SC
FCI Florence, CO
FCC Forrest City, AR
FCI Tallahassee, FL
FCI Yazoo, MS

Health Services Administrator
FCI Beckley, WV
FCI Bennettsville, SC
FCI Big Spring, TX
FCI Bryan, TX
FMC Butner, NC
FMC Devens, MA
FCI Elkton, OH
FCI Jesup, GA
FCC Petersburg, VA
FCC Polock, LA
FCI Terminal Island, CA
FCI Williamsburg, SC

Physician
FCC Allenwood, PA
FCI Big Sandy, KY
FPC Bryan, TX
FMC Butner, NC
USP Canaan, PA
FMC Carswell, TX
FCC Coleman, FL
FMC Devens, MA
FCI Elkton, OH
FCI Estill, SC
FCI Englewood, CO
FCC Florence, CO
FCI Ft. Dix, NJ
FCI Herlong, CA
FCI Jesup, GA
FMC Lexington, KY
USP Leavenworth, KS
FCC Lompoc, CA
MDC Los Angeles, CA
USP Leavenworth, KS
USP Marion, IL
USP McCreary, KY
FDC Miami, FL
FCI Miami, FL
FCI Milan, MI
FCI Oxford, WI
FCI Pekin, IL

FCI Phoenix, AZ
FMC Rochester, MN
MCC San Diego, CA
FCI Sandstone, MN
FCI Sheridan, OR
USMCFP Springfield, MO
FCI Talladega, AL
FCI Terminal Island, CA
FCI Yazoo, MS

Mid-Level Practitioners (PA-C or NP)

FCI Alderson, WV
FCC Allenwood, PA
FCI Ashland, KY
USP Atlanta, GA
USP Atwater, CA
FCI Beckley, WV
FCI Bennettsville, SC
FCI Big Sandy, KY
FCI Big Spring, TX
MDC Brooklyn, NY
FPC Bryan, TX
FMC Butner, NC
MCC Chicago, IL
FCC Coleman, FL
FCI Cumberland, MD
FMC Devens, MA
FCI Edgefield, SC
FCI Elkton, OH
FCI El Reno, OK
FCI Estill, SC
FCI Fairton, NJ
FCC Florence, CO

FCC Forrest City, AR
FMC Ft. Dix, NJ
FCI Ft. Worth, TX
FCI Gilmer, WV
FCI Greenville, IL
MDC Guaynabo, PR
USP Hazelton, WV
FCI Herlong, CA
FDC Honolulu, HI
FDC Houston, TX
FCI Jesup, GA
FCI La Tuna, TX
USP Lee, VA
USP Leavenworth, KS
FMC Lexington, KY
FCC Lompoc, CA
FCI Loretto, PA
FCI Manchester, KY
FCI Marianna, FL
USP Marion, IL
FCI McCreary, KY
FCI McKean, PA
FCI Miami, FL
FDC Miami, FL
FCI Milan, MI
FCI Morgantown, WV
FCC Oakdale, LA
FTC Oklahoma City, OK
FCI Otisville, NY
FCI Oxford, WI
FCI Pekin, IL
FCI Petersburg, VA
FCI Philadelphia, PA

MCC Chicago, IL
FCC Coleman, FL
FCI Danbury, CT
FMC Devens, MA
FCI Edgefield, SC
FCI Eglin, FL
FCI Estill, SC
FCI Fairton, NJ
FCC Florence, CO
FCC Forrest City, AR
FCI Ft. Dix, NJ
FCI Ft. Worth, TX
FCI Gilmer, WV
USP Hazelton, WV
CI Herlong, CA
FCI Houston, TX
FCI La Tuna, TX
USP Leavenworth, KS
FMC Lexington, KY
USP Lompoc, CA
USP Marion, IL
FCI McKean, PA
FDC Miami, FL
FCC Oakdale, LA
FCI Otisville, NY
FCI Oxford, WI
FCI Pekin, IL
FCI Petersburg, VA
USP Pollock, LA
FCI Raybrook, NY
FCI Safford, AZ
FCI Phoenix, AZ
USP Pollock, LA
FCI Ray Brook. NY
FMC Rochester, MN
FCI Safford, AZ
MCC San Diego, CA
FCI Sandstone, AZ
FCI Seagoville, TX
FCI Sheridan, AZ
FCI Tallahassee, FL
USP Terre Haute, IN
FCI Texarkana, TX
FCI Tucson, AZ
USP Victorville, CA (6)
FCC Williamsburg, SC
FCI Yazoo City, MS (2)

Physical Therapist
FMC Carswell, TX
FMC Devens, MA

Nurse
FCC Allenwood, PA
FCI Ashland, KY
USP Atwater, CA
FCI Beckley, WV
FCI Bennetsville, SC
FCI Big Sandy, KY
FCI Big Spring, TX
MDC Brooklyn, NY
FPC Bryan, TX
FCC Butner, NC
USP Canaan, PA

MCC San Diego, CA
FCI Sandstone, MN
USMCFP Springfield, MO
FCI Talladega, AL
FCI Terminal Island, CA
USP Terre Haute, IN
FCI Three Rivers, TX
FCI Tucson, AZ
FCC Victorville, CA
FCI Williamsburg, SC

*There are multiple vacancies in most of the institutions listed for nurses!

Pharmacy

| Institution | Position | Grade | Contact |
|---|---|---|---|
| FPC Alderson, WV | Chief Pharmacist | 0-5/GS-12 | contact Samuel Adams, 304-445-2901 x334/292, sadams@bop.gov |
| *USP Atwater, CA | Chief Pharmacist | 0-5/GS-12 | contact Ricardo Willis, 209-386-4790, atw2256@bop.gov |
| FCI Bastrop, TX | Chief Pharmacist | 0-5/GS-12 | contact Calvin Young, 512-321-3903 x282, c2young@bop.gov |
| FMC Carswell, (Fort Worth) | Staff Pharmacist | 0-4/GS-11 | contact LCDR Carol Feldotto 817-782-4622, cfeldotto@bop.gov |
| FCI Danbury, CT | Staff Pharmacist | 0-4/GS-11 | contact LT Darin D. Daly, 203-743-6471 x474, DAN0452@bop.gov |
| FMC Devens, MA | Deputy Chief | 0-5/GS-13 | contact CDR Jim Watkins, 978-796-1560, jwatkins@bop.gov |
| FCI Elkton, OH | Staff Pharmacist | 0-4/GS-11 | contact CAPT Andrea Argabrite, 301-443-5372, elk9424@bop.gov |
| FCI Estill, SC | Chief Pharmacist | 0-5/GS-12 | contact Williams, Alsene, (803) 625-4607 x4032, atwilliams@bop.gov |
| FCC Forest City, AR | Staff Pharmacist | 0-4/GS-11 | contact Jose Jimenez 870-630-6000 EXT.1400, jxjimenez@bop.gov |
| FCI Gilmer, WV | Chief Pharmacist | 0-5/GS-12 | contact Janet Bunts, 304-626-2500 x1160, jbunts@bop.gov |
| *FCI Herlong, CA | Chief Pharmacist | 0-5/GS-12 | contact Mergita Koepke, 702-644-5001 x1300, HER8721@bop.gov |
| *FCI Manchester, KY | Chief Pharmacist | 0-5/GS-12 | contact Niharika Shah, 606-598-1900, sniharika@bop.gov |
| MCC New York, NY | Staff Pharmacist | 0-4/GS-11 | contact Jane Okoth, 646-836-6445, jokoth@bop.gov |
| *FCI Three Rivers | Chief Pharmacist | 0-5/GS-12 | contact MaryEllen Rivers 859-255-6812 x322, merivers@bop.gov |
| FCC Tuscon, AZ | Staff Pharmacist | 0-4/GS-11 | contact CAPT Nicholas Quaglietta, (520) 574-7100 x7286, tcn5003@bop.gov |
| FCC Victorville, CA | Chief Pharmacist | 0-6/GS-12 | contact Pratap Misra, 760-530-5171, VIP1004@bop.gov |
| *FCI Williamsburg, SC | Chief Pharmacist | 0-5/GS-12 | contact LT James Thomas, 843-387-9533, jthomas@bop.gov |
| FCI Yazoo City, MS | Chief Pharmacist | 0-5/GS-12 | contact Vickie Owens, (601) 751-4800 x5760/4960, vowens@bop.gov |

*indicates institution is Level of Care 1 (healthy) with potential displacement of position in 2-3 years.

INSTITUTIONS IN VARIOUS STAGES OF DEVELOPMENT AND ACTIVATION:

**USP 2, Coleman** (Sumter County), Florida (SER) - Institution is being activated; staff are being selected/hired.

**USP, Tucson** (Pima County), Arizona (WXR) - Final construction completion and acceptance of work is ongoing. Funds to begin activation (which includes selecting/hiring staff) are requested in the Fiscal Year (FY) 2006 Budget, which was transmitted by the President to the Congress for consideration in February 2005.

**FCI, Butner** (Granville County), North Carolina (MXR) - Construction is progressing and still is projected for completion during winter/early calendar year 2006. A date for activating the facility has not been established.

**FCI, Pollock** (Grant Parish), Louisiana (SCR) - Construction is progressing and still is projected for completion in late summer 2006. A date for activating the facility has not been established.

**FCI, Mendota** (Fresno County), California (WXR) - Work on the project is continuing. The site is being prepared for major construction work to begin.

Although early in the process, the projected completion date is spring 2008.

**FCI, Berlin** (Coos County), New Hampshire (NER)

**FCI, McDowell County**, West Virginia (formerly referred to as Southern West Virginia)(MXR) - Both of these projects are in the environmental review stage.

Both institutions are medium security. Estimated construction completion dates cannot yet be established.

Secure Facility for Women, Hazelton, West Virginia (MXR) - This facility is being constructed on property near the new USP. Construction is projected for completion in spring 2006.

## Dentist

| | | | | |
|---|---|---|---|---|
| Allenwood, PA (FCC) | Staff Dentist | 03/04 | GS 12/13 | Contact Ron Laino (570) 547-7950, ext 5600 e-mail rlaino@bop.gov |
| Alderson, WV (FPC) | Chief Dentist | 05 | GS 12/13 | Contact CDR Michael Johnson (202) 514-5754 mwjohnson@bop.gov |
| Big Sandy, KY (FCI) | Staff Dentist | 03/04 | GS 12/13 | Contact Dr. Paul Arnold (606)443-2400 pxarnold@bop.gov |
| Beckley, WV (FCI) | Staff Dentist | 03/04 | GS 12/13 | Contact Dr. Stephen Hughes (304) 252-9758 slhughes@bop.gov |
| Canaan, PA (USP) | Chief Dentist | 05 | GS 12/13 | Contact Mr. Frank Coleman (570) 488-8041 f2coleman@bop.gov |
| Chicago, IL (MCC) | Chief Dentist | 05 | GS 13 | Contact CDR Michael W Johnson (202) 514-5754 mwjohnson@bop.gov |
| Coleman, CO (USP2) | Staff Dentist | 04 | GS 13 | Contact CDR Michael W Johnson (202) 514-5754 mwjohnson@bop.gov |
| Florence, CO (FCC) | Staff Dentist | 03/04 | GS 12/13 | Contact CAPT Rod Bauer (719) 784-9464 rmbauer@bop.gov |
| Fort Worth (FCI) | Chief Dentist | **06** | GS 12/13 | Contact CDR Michael W Johnson (202) 514-5754 mwjohnson@nc.rr.com |
| Forest City, AR (FCC) | Chief Dentist | **06** | GS 12/13 | Contact CDR Vern Morley (870) 630-6000 ext 1208 vmorley@bop.gov |
| Greenville, IL (FCI) | Staff Dentist | 03/04 | GS 12/13 | Contact CDR Peter Preston (618) 664-6384 ppreston@bop.gov |
| Jesup, GA (FCI) | Staff Dentist | 03/04 | GS 12/13 | Contact CDR Marvin Guia (912) 427-0870 mguia@bop.gov |
| Lompoc, CA (FCC) | Staff Dentist | 03/04 | GS 12/13 | Contact CDR Ben Wooten (805)-735-2771 ext 376 bwooten@bop.gov |
| Marion, IL (USP) | Chief Dentist | 05 | GS 12/13 | Contact CDR Michael W Johnson (202) 616-3242 mwjohnson@bop.gov |

| Location | Position | Grade | | Contact |
|---|---|---|---|---|
| Marianna, FL (FCI) | Staff Dentist | 03/04 | GS 12/13 | Contact CDR Bryan Dawson (850)526-2313 ext 295 mna0603@bop.gov |
| McKean, PA (FCI) | Chief Dentist | 05 | GS 12/13 | Contact Mr. Rodney Smith (814) 362-8900 rodsmith@bop.gov |
| McCreary, KY (USP) | Staff Dentist | 03/04 | GS 12/13 | Contact CDR Michael W Johnson (202) 514-5754 mwjohnson@nc.rr.com |
| Memphis, TN (FCI) | Staff Dentist | 03/04 | GS 12/13 | Contact LCDR Dion E. Franklund (901) 372-2269 dfranklund@bop.gov |
| Oakdale, LA (FCC) | Staff Dentist | 03/04 | GS 12/13 | Contact CAPT David LaBadie (318) 335-4070 ext 4131 dlabadie@bop.gov |
| Oxford, WI (FCI) | Chief Dentist | 05 | GS 12/13 | Contact Dr. Jim Reed jwreed@bop.gov |
| Sheridan, OR (FCI) | Staff Dentist | 03/04 | GS 12/13 | Contact CDR Michael W Johnson (202) 514-5754 mwjohnson@bop.gov |
| Springfield, MO (MCFP) | Chief Dentist | 06 | GS 12/13 | Contact CDR Michael W Johnson (202) 514-5754 mwjohnson@bop.gov Pending Staffing Guidelines |
| | Staff Dentist | 03/04 | GS 12/13 | |
| Texarkana, TX (FCI) | Staff Dentist | 03/04 | GS 12/13 | Contact Ms. Virginia Simien, Health Services Administrator, (903) 838-4587 vsimien@bop.gov |
| Three Rivers, TX (FCI) | Chief Dentist | 05 | GS 12/13 | Contact CDR Michael W Johnson (202) 514-5754 mwjohnson@bop.gov |
| Tucson, AZ (FCI) | Staff Dentist | 03/04 | GS 12/13 | Contact Mr. Christopher Lamb, Health Services Administrator, (Pending) (520) 570-7100 clamb@bop.gov |
| Yazoo City, MS (FCI) | Staff Dentist | 03 | GS 12/13 | Contact CDR Michael W Johnson (202) 514-5754 mwjohnson@bop.gov |

Some institutions are looking for only PHS officers to fill positions.