UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **PLAINTIFF** ) | |
| ) | |
| v. ) | No. CR-05-460-01 |
| ) | |
| JUDITH JAMISON ) | |
| ) | |
| **DEFENDANT.** ) | |
| ) | |

**(PROPOSED) ORDER EXTENDING BUREAUS OF PRISONS SURRENDER DATE
PENDING MEDICAL REVIEW**

Having reviewed Defendant Judith Jamison's Motion to Extend Bureau of Prisons Surrender Date Pending Medical Review, based upon this Court's Orders filed July 19, 2006, and August 24, 2006; and having considered Bureau of Prisons' discretion, its medical provision, and Defendant Jamison's obvious medical conditions; and the Court being otherwise duly advised of this Motion's factual and legal bases, the Court hereby:

**ORDERS** that the Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons no later than **2:00 p.m.** on **Tuesday, November 14, 2006**.

Dated: September _____, 2006

_____
THE HON. REGGIE B. WALTON
JUDGE, UNITED STATES DISTRICT COURT