UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.: 05-460 (RBW) |
| | : | |
| JUDITH JAMISON | : | |
|     Defendant | : | |
| | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
TO EXTEND BUREAU OF PRISONS SURRENDER DATE
PENDING MEDICAL REVIEW**

The United States of America, by and through undersigned counsel, hereby submits this Response to the Defendant's Motion to Extend Bureau of Prisons Surrender Date Pending Medical Review.

The government does not oppose continuing the defendant's surrender date until November 14, 2006.

The government reserves the right to oppose any subsequent motion regarding the conditions of the defendant's confinement and will likely oppose any subsequent motion for a further delay in the surrender date.

                                                Respectfully submitted,

                                                KENNETH L. WAINSTEIN (DC Bar # 451058)
                                                United States Attorney

BY:   _____
        HOWARD R. SKLAMBERG  (DC Bar #453852)
        Assistant United States Attorneys
        U.S. Attorney's Office
        Fraud & Public Corruption
        555 Fourth Street, NW
        Washington, D.C. 20530
        (202) 514-7296

**CERTIFICATE OF SERVICE**

      I hereby certify that this 12th day of September, 2006, I caused a copy of the foregoing to be mailed to Michael E. Lawlor, Esq., Lawler & Englert, 6305 Ivy Lane, Suite 704, Greenbelt, MD 20770.

                                                             Howard R. Sklamberg