UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
|    Plaintiff, | ) |
|  | ) |
|    v. | ) Criminal Action No. 05-460 (RBW) |
|  | ) |
| JUDITH JAMISON, | ) |
|  | ) |
|    Defendant. | ) |

_____ )

## ORDER

On July 7, 2006, this Court sentenced Judith Jamison to six months of incarceration after the defendant pled guilty on March 10, 2006, to one count of Theft of Government Property, in violation of 18 U.S.C. § 641.  July 7, 2006 Minute Entry For Proceedings Held Before Judge Reggie B. Walton. Subsequently, the Court directed the defendant to surrender to the custody of the Bureau of Prisons by reporting to FCI Danbury, in Danbury, Connecticut by 2:00 p.m. on September 14, 2006.  August 24, 2006 Order.  Currently before the Court is the defendant's Motion To Extend Bureau of Prisons Surrender Date Pending Medical Review. Motion To Extend Bureau of Prisons Surrender Date Pending Medical Review.  Upon consideration of the defendant's motion, it is hereby this 12th day of September, 2006,

**ORDERED** that the defendant's Motion To Extend Bureau of Prisons Surrender Date Pending Medical Review is **DENIED**. It is further

**ORDERED** that the defendant shall be medically examined by the Bureau of Prisons upon reporting on September 14, 2006, so that the defendant shall receive the appropriate medical treatment for her current medical conditions and needs during her incarceration.

**SO ORDERED**.

_____
REGGIE B. WALTON
United States District Judge