# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-3117**

September Term, 2006

05cr00460-01

Filed On:

United States of America,
    Appellee

v.

Judith Jamison,
    Appellant

**FILED**

JAN 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

By order filed September 22, 2006, appellant was directed to file a Memorandum of Law and Fact by October 23, 2006. To date, appellant has not complied with the Court's September 22, 2006 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. <u>See</u> D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Linda Jones
Linda Jones
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 1/25/07
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk